UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARWAN HAWES,<br>        Petitioner,<br><br>v.<br><br>LAWRENCE MAHALLEY, THE DISTRICT ATTORNEY OF THE COUNTY OF MONTGOMERY, and THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA,<br>        Respondents. | No. 2:17-cv-5316 |

## O R D E R

**AND NOW**, this 30th day of March, 2020, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Petitioner's Objections, *see* ECF Nos. 27 and 33, are **OVERRULED.**

2. The Report and Recommendation, *see* ECF No. 23, is **APPROVED and ADOPTED.**

3. The petition for a writ of habeas corpus, *see* ECF No. 1, is **DENIED and DISMISSED.**

4. This case is **CLOSED.**

5. There is no basis for the issuance of a Certificate of Appealability.

                                      BY THE COURT:

                                      */s/ Joseph F. Leeson, Jr.*
                                      JOSEPH F. LEESON, JR.
                                      United States District Judge.